IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PROTECTIVE LIFE INSURANCE COMPANY;<br>2. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY;<br>3. CANADA LIFE ASSURANCE COMPANY;<br>4. EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA; and<br>5. STANDARD INSURANCE COMPANY,<br><br>*Interpleader Plaintiffs,*<br><br>v.<br><br>1. SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and<br>2. SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>*Interpleader Defendants.* | Case No. 5:24-cv-00650-G |

**INTERPLEADER PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1.1, Interpleader Plaintiffs Protective Life Insurance Company ("Protective"), The Lincoln National Life Insurance Company ("Lincoln"), Canada Life Assurance Company ("Canada"), Empower Annuity Insurance Company of America ("Empower"), and Standard Insurance Company ("Standard"), respectfully submit the following corporate disclosure statement:

1. Protective is an insurance company organized and existing under the laws of

1

the State of Tennessee, with its principal place of business located in Birmingham, Alabama. Protective is a nongovernmental corporate entity and is a wholly owned subsidiary of Protective Life Corporation. Protective Life Corporation is a wholly owned subsidiary of Dai-ichi Life International Holdings, LLC. Dai-ichi Life International Holdings, LLC is a wholly owned subsidiary of Dai-ichi Life Holdings, Inc., a publicly traded corporation on the Tokyo Stock Exchange. No individual or entity owns 10% or more of the stock of Dai-ichi Life Holdings, Inc.

2. Lincoln is an insurance company organized and existing under the laws of the State of Indiana, with its principal place of business located in Fort Wayne, Indiana. Lincoln is a non-governmental corporate entity and is a wholly-owned subsidiary of Lincoln National Corporation, a publicly traded company on the New York Stock Exchange. No publicly held corporation owns 10% or more of the stock of Lincoln National Corporation.

3. Canada is a corporation organized and existing under the laws of Ontario, Canada, with its principal place of business located in Toronto, Ontario, Canada. Canada is a nongovernmental corporate entity and is a wholly owned subsidiary of Great-West Lifeco Inc., which is a publicly traded company in Canada. Power Corporation of Canada owns 10% or more of Great-West Lifeco Inc.

4. Empower is an insurance company organized and existing under the laws of the State of Colorado, with its principal place of business located in Greenwood Village, Colorado. Empower is a nongovernmental corporate entity and is a wholly owned subsidiary of Great-West Lifeco U.S. LLC. Great-West Lifeco U.S. LLC is wholly owned

by Great-West Lifeco Inc., which is a publicly traded company in Canada. Power Corporation of Canada owns 10% or more of Great-West Lifeco Inc.

5. Standard is an insurance company organized and existing under the laws of the State of Oregon, with its principal place of business located in Portland, Oregon. Standard is a nongovernmental corporate entity and is a wholly owned subsidiary of StanCorp Financial Group, Inc. StanCorp Financial Group, Inc. is wholly owned by Meiji Yasuda Life Insurance Company, a mutual company. No publicly held corporation owns 10% or more of the stock of Meiji Yasuda Life Insurance Company.

6. SDM Holdings, LLC is or was an Oklahoma limited liability company with its principal place of business located in Oklahoma City, Oklahoma ("SDM-Oklahoma"). Upon information and belief, SDM-Oklahoma's sole member is Nicole Jacobson, who is a citizen of the State of Oklahoma.

7. SDM Holdings, LLC is a Connecticut limited liability company with its principal place of business located in Avon, Connecticut ("SDM-Connecticut"). Upon information and belief, SDM-Connecticut's sole member is Jonathan Boothroyd, who is a citizen of the State of Connecticut.

Respectfully submitted this 25th day of June, 2024.

*/s/ Amy Sherry Fischer*
Amy Sherry Fischer, OBA # 16651
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Fax: (405) 232-3462
amyfischer@oklahomacounsel.com

*Attorneys for Interpleader Plaintiffs*