AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. CIV-24-650-G<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Defendant SDM Holdings, LLC
c/o Nicole Jacobson, Manager
521 W. Wilshire Boulevard, Suite 140
Oklahoma City, Oklahoma 73116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Sherry Fischer, Esq.
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Phone: (405) 232-3462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
1:15 pm, Jun 25, 2024
JOAN KANE, CLERK

By: _____

Date: _____

*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* via electronic mail to the manager Nicole Jacobsen at njacobsen@llc-attorneys.com
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/18/24

*s/ Amy Sherry Fischer*
Server's signature

Amy Sherry Fischer, OBA#16651
Printed name and title

Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Ave., 12th Floor
Oklahoma City, OK 73102
Server's address

Additional information regarding attempted service, etc:

# Asia Sanders

| | |
|---|---|
| **From:** | Heidi Long <HLong@llc-attorneys.com> |
| **Sent:** | Thursday, July 18, 2024 1:06 PM |
| **To:** | Amy Fischer; Kacey Stanley |
| **Cc:** | Asia Sanders; OKC Receptionist |
| **Subject:** | RE: SDM |

Amy,

I do not know why the address you used was not successful. However, the manager of the Oklahoma entity will accept service by email. Her email address is njacobsen@llc-attorneys.com. Please let me know if there are any questions.



Heidi J. Long
Attorney

**6301 N. Western Ave., Suite 250**
**Oklahoma City, OK 73118**

P 405.702.9900    D 405.803.8343
F 405.605.8381
HLong@LLC-Attorneys.com
Website | Bio

*CONFIDENTIALITY NOTE: This email message and all prior messages and attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the intended recipient. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately at (405) 702-9900 and delete the message and all copies and backups thereof.*

**From:** Amy Fischer <amyfischer@oklahomacounsel.com>
**Sent:** Tuesday, July 16, 2024 8:08 AM
**To:** Kacey Stanley <kaceystanley@oklahomacounsel.com>
**Cc:** Heidi Long <HLong@llc-attorneys.com>; Asia Sanders <asiasanders@oklahomacounsel.com>; OKC Receptionist <receptionist@oklahomacounsel.com>
**Subject:** SDM

Heidi,

I wanted to follow up on this case now that you are back in the office. Can you assist us in getting service?

Thanks!

1

Amy Sherry Fischer
Office: 405-232-4633
Mobile: 405-210-6513
Sent from my iPhone

> On Jul 8, 2024, at 10:16 AM, Kacey Stanley <kaceystanley@oklahomacounsel.com> wrote:

Please see the attached Summons and Complaint. Please let me know if you need anything else.

Thank you,

**Kacey Stanley**
Assistant to Amy Sherry Fischer, Andrew M. Bowman, and Peyton S. McMillin
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Avenue
Twelfth Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462
kaceystanley@oklahomacounsel.com

CONFIDENTIAL COMMUNICATION: This message, including any attachments, may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you believe this message has been sent to you in error, do not read, copy or distribute the message. Please reply to the sender and then delete the message.

**From:** Amy Fischer <amyfischer@oklahomacounsel.com>
**Sent:** Friday, July 5, 2024 3:25 PM
**To:** Heidi Long <HLong@llc-attorneys.com>
**Cc:** Kacey Stanley <kaceystanley@oklahomacounsel.com>; Asia Sanders <asiasanders@oklahomacounsel.com>; OKC Receptionist <receptionist@oklahomacounsel.com>
**Subject:** Re: My Contact Information

Thanks Heidi. Great to speak with you today!

Kacey, can you please email Heidi the Protective/SDM complaint and summons to the Oklahoma entity? Thanks!

Amy Sherry Fischer
Office: 405-232-4633
Mobile: 405-210-6513
Sent from my iPhone

> On Jul 5, 2024, at 1:02 PM, Heidi Long <HLong@llc-attorneys.com> wrote:

2